O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-4740 AHM (RZx) | Date | October 9, 2009 |
|---|---|---|---|
| Title | RABB v. BNC MORTGAGE, INC., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**    IN CHAMBERS (No Proceedings Held)

The Court having received the Notice of Bankruptcy Filing by Defendant BNC Mortgage LLC, Formerly Known as BNC Mortgage, Inc, the case is STAYED as to Defendant BNC Mortgage LLC, formerly known as BNC Mortgage, Inc.  11 U.S.C. § 362.

The Court ORDERS the parties by October 22, 2009 to set forth their respective positions in separate filings not to exceed three pages as to whether the remainder of the case should be stayed pending the resolution of the bankruptcy proceeding.  No responses to the other parties' filings shall be permitted.

|  | : |  |
|---|---|---|
| Initials of Preparer | SMO | |