FILED
CLERK, U.S. DISTRICT COURT

JUL - 7 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH RABB,<br><br>   Plaintiff,<br><br> v.<br><br>BNC MORTGAGE, INC., et al.,<br><br>   Defendants. | CASE NO. CV09-4740-AHM (RZx)<br><br>JULY 5, 2010 LETTER OF DONALD RABB |

July 5, 2010

United State District Court
**Attention: Judge: Hon.
Howard Matz:**
312 N. Spring Street, Suite 8
Los Angeles, California 90012

**Dear Judge Hon. A. Howard Matz,**

My name is Donald Rabb I am the son of Elizabeth Rabb I would appreciate your time in reading this letter. You should know that my mother has been diagnosed with Dementia she is presently 81 years old. Therefore I am writing this letter on her behalf.

I became aware of the Law Suit that my mother was forced to sue. My daughter was very aggressive and treating in entering into suing Chase Finance Bank to save her property that was in foreclosure. May 1, 2010 is when I became aware that the Family Home is in Foreclosure

This letter is to bring to your attention of the situation on Case No. CV09-4740-AHM(RZx) that has been seen in your court room.

Our family has filed an Elder Abuse case #101214398 and a criminal investigation is pending. Detective Diaz at (213) 485-4175 77 Precinct The case that I am filing comes to me at an uncomfortable times of my life, being that Tamesha Rabb is my daughter.

My daughter Tamesha Rabb has deceived my mother into signing all the documents, Tamesha's deceptive ways drew a division from the entire family not knowing of the transactions between the two of them. Therefore we are here today to save our Family Home.

We would appreciate if you take this case in consideration and decide what would be the right decision.

Sincerely,

*Donald Rabb*