O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-4740 AHM (RZx) | Date | October 5, 2010 |
|---|---|---|---|
| Title | RABB v. BNC MORTGAGE, INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

   Defendant Chase Home Finance, LLC, is hereby ordered to notify the Court in writing, by not later than October 18, 2010, whether given recent announcements, it intends to proceed with the foreclosure transaction in this case.

|  | : |
|---|---|
| Initials of Preparer | SMO |