O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 09-04740 AHM (RZx) | Date | September 11, 2012 |
|---|---|---|---|
| Title | ELIZABETH RABB v. BNC MORTGAGE, INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:                     Attorneys **NOT** Present for Defendants:

**Proceedings:**          IN CHAMBERS (No Proceedings Held)

The Court has received the Declaration of Lashon Harris[1] in response to the Court's August 7, 2012 order.[2]  The Court commends counsel for Defendants for their patience and persistence.  The Court will not at this time dismiss this case for lack of prosecution.  Defendants are ordered to file a further status report by not later than October 1, 2012.

_____ : _____
Initials of Preparer                    SMO

---

[1] Dkt. 63.

[2] Dkt. 62.