UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-04740 AHM (RZx) | Date | February 5, 2013 |
|---|---|---|---|
| Title | ELIZABETH RABB v. BNC MORTGAGE, INC., ET AL. | | |

| Present: The Honorable | A. Howard Matz | | |
|---|---|---|---|
| Stephen Montes | | N/A | |
| Deputy Clerk | | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| No Appearance | | No Appearance | |

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

      The Court appreciates the parties' progress in reaching a loan modification agreement and thanks counsel.  The Court is intent on closing this case by not later than March 15, 2013.  Accordingly, the Court ORDERS that the paperwork for the loan modification be completed and made final by February 19, 2013 and ORDERS the parties to file a notice of settlement and dismissal without prejudice by not later than February 26, 2013.

|  | : |
|---|---|
| Initials of Preparer | SMO |